

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00458-CV

Frederick Stanton **DUNCAN,**
Appellant

v.

Shanna Nicole **DUNCAN,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

## O R D E R

On January 6, 2020, after the reporter's record was not timely filed, we ordered court reporter Luis Duran Jr. to file the reporter's record in this court by January 16, 2020, or we would order him to show cause why he should not be held in contempt. *See id.* R. 35.3(c).

The reporter's record was filed on January 15, 2020. Our January 6, 2020 order is satisfied. Appellant's brief is due on February 14, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court